United States District Court
Southern District of Texas
**ENTERED**
July 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KATAYOON FIROUZI DASHTESTANI § § Plaintiff, § V. § § UNITED STATES DEPARTMENT OF § STATE, *et al.*, § § Defendants. § | CIVIL ACTION NO. 2:24-CV-00032 |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.E. 18). Plaintiff's Notice of Dismissal is effective because Defendants have not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). The Court **ORDERS** that all current settings before the Court are **CANCELED**, and any pending motions are **DENIED without prejudice as moot**. The Court **DECLINES TO ADOPT as moot** the memorandum and recommendation pending in this case. (D.E. 17). Finally, pursuant to Plaintiff's Notice of Dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 16, 2024